## CERTIFICATION

I, Betty Kendrick, as Chair of City of Riviera Beach General Employees Retirement System ("Riviera Beach"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Riviera Beach. I have reviewed a complaint prepared against Royal Caribbean Cruises Ltd. ("Royal Caribbean") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2. Riviera Beach did not purchase securities of Royal Caribbean at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Riviera Beach is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Riviera Beach fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Riviera Beach's transactions in Royal Caribbean securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Riviera Beach sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Hawaii Structural Ironworkers Pension Trust Fund v. AMC Entertainment Holdings, Inc.*,
No. 1:18-cv-0299 (S.D.N.Y.)
*Masih v. Perrigo Company PLC*, No. 1:19-cv-0070 (S.D.N.Y.)

6. Riviera Beach sought to serve as a representative party but not as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*City of Riviera Beach General Employees Retirement System v. Macquarie Infrastructure Corporation*,
No. 1:18-cv-3608 (S.D.N.Y.)

7. Beyond its pro rata share of any recovery, Riviera Beach will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __30th__ day of September, 2020.

*Betty Kendrick*
Betty Kendrick
*Chair*
*City of Riviera Beach General Employees Retirement System*

## EXHIBIT A

## TRANSACTIONS IN ROYAL CARIBBEAN LTD.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| --- | --- | --- | --- | --- |
| Purchase | 02/04/20 | 50.00 | $117.78 | ($5,889.25) |
| Purchase | 02/04/20 | 450.00 | $117.89 | ($53,052.66) |
| Purchase | 02/05/20 | 24.00 | $117.95 | ($2,830.72) |
| Purchase | 02/05/20 | 46.00 | $118.02 | ($5,428.92) |
| Purchase | 02/05/20 | 30.00 | $118.25 | ($3,547.50) |
| Purchase | 02/05/20 | 94.00 | $118.51 | ($11,140.18) |
| Purchase | 02/05/20 | 100.00 | $118.64 | ($11,863.91) |
| Purchase | 02/05/20 | 6.00 | $118.64 | ($711.84) |
| Purchase | 02/05/20 | 192.00 | $119.02 | ($22,851.63) |
| Purchase | 02/05/20 | 139.00 | $119.12 | ($16,557.50) |
| Purchase | 02/05/20 | 69.00 | $119.14 | ($8,220.32) |
| Purchase | 02/06/20 | 89.00 | $117.46 | ($10,453.98) |
| Purchase | 02/06/20 | 61.00 | $117.57 | ($7,172.03) |
| Purchase | 02/10/20 | 26.00 | $110.64 | ($2,876.64) |
| Purchase | 02/10/20 | 24.00 | $110.68 | ($2,656.28) |
| Purchase | 02/20/20 | 2.00 | $110.03 | ($220.07) |
| Purchase | 02/20/20 | 48.00 | $110.05 | ($5,282.45) |
| Purchase | 02/21/20 | 50.00 | $105.48 | ($5,274.14) |
| Purchase | 02/21/20 | 9.00 | $106.74 | ($960.62) |
| Purchase | 02/21/20 | 41.00 | $107.01 | ($4,387.46) |
| Purchase | 02/24/20 | 100.00 | $96.40 | ($9,639.50) |
| Purchase | 02/24/20 | 100.00 | $97.86 | ($9,785.50) |
| Purchase | 02/24/20 | 50.00 | $98.81 | ($4,940.50) |
| Purchase | 02/24/20 | 150.00 | $99.97 | ($14,996.16) |
| Purchase | 02/24/20 | 50.00 | $100.63 | ($5,031.71) |
| Purchase | 02/25/20 | 81.00 | $89.40 | ($7,241.00) |
| Purchase | 02/25/20 | 19.00 | $89.72 | ($1,704.68) |
| Purchase | 02/25/20 | 61.00 | $90.41 | ($5,514.89) |
| Purchase | 02/25/20 | 39.00 | $90.43 | ($3,526.58) |
| Purchase | 02/25/20 | 100.00 | $91.60 | ($9,159.62) |
| Purchase | 02/25/20 | 42.00 | $92.49 | ($3,884.39) |
| Purchase | 02/25/20 | 58.00 | $92.60 | ($5,370.56) |
| Purchase | 02/25/20 | 25.00 | $93.86 | ($2,346.38) |
| Purchase | 02/25/20 | 25.00 | $93.92 | ($2,347.90) |
| Purchase | 02/26/20 | 64.00 | $82.73 | ($5,294.68) |
| Purchase | 02/26/20 | 36.00 | $82.74 | ($2,978.76) |
| Purchase | 02/26/20 | 27.00 | $83.84 | ($2,263.80) |
| Purchase | 02/26/20 | 23.00 | $83.99 | ($1,931.71) |
| Purchase | 02/26/20 | 28.00 | $87.87 | ($2,460.36) |
| Purchase | 02/26/20 | 22.00 | $87.90 | ($1,933.87) |
| Purchase | 02/27/20 | 41.00 | $72.00 | ($2,952.00) |
| Purchase | 02/27/20 | 10.00 | $72.54 | ($725.38) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 02/27/20 | 25.00 | $72.72 | ($1,817.91) |
| Purchase | 02/27/20 | 11.00 | $72.74 | ($800.09) |
| Purchase | 02/27/20 | 13.00 | $72.99 | ($948.84) |
| Purchase | 02/27/20 | 50.00 | $76.00 | ($3,800.05) |
| Sale | 03/09/20 | -29.00 | $50.93 | $1,477.06 |
| Sale | 03/09/20 | -48.00 | $52.33 | $2,511.82 |
| Sale | 03/09/20 | -48.00 | $52.47 | $2,518.55 |
| Sale | 03/09/20 | -96.00 | $50.71 | $4,868.47 |
| Sale | 03/09/20 | -209.00 | $49.01 | $10,243.09 |
| Sale | 03/09/20 | -218.00 | $49.87 | $10,872.44 |
| Sale | 03/09/20 | -312.00 | $49.60 | $15,474.76 |
| Sale | 03/09/20 | -320.00 | $48.99 | $15,677.41 |
| Sale | 03/09/20 | -698.00 | $50.38 | $35,166.71 |
| Sale | 03/09/20 | -822.00 | $51.63 | $42,439.37 |