**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ROYAL CARIBBEAN CRUISES LTD., RICHARD FAIN, JASON LIBERTY, and MICHAEL BAYLEY,<br><br>    Defendant.<br><br>_____<br><br>THOMAS ALTOMARE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL CARIBBEAN CRUISES LTD., RICHARD FAIN, JASON LIBERTY, and MICHAEL BAYLEY,<br><br>    Defendants. | Case No. 1:20-cv-24111-KMW<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:20-cv-24407-KMW |

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Stipulation Regarding

Service of Process and Response to Complaints (DE 7).  For good cause shown, the

stipulation (DE 7) is **APPROVED AND ADOPTED**.  **IT IS HEREBY ORDERED** as follows:

1.  The Court **CONSOLIDATES** the cases in Case Numbers 1:20-cv-24111-KMW and 1:20-cv-24407-KMW. The Court **DESIGNATES** Case Number 1:20-cv-24111-KMW as the lead case under the caption *City of Rivera Beach General Employees Retirement System v. Royal Caribbean Cruises, LTD.*  The Clerk of Court is directed to **CLOSE** Case No. 1:20-cv-24407-KMW.

2.  Defendants' counsel accept service on behalf of all Defendants.

3.  Defendants are not required to answer or otherwise respond to the current Complaints.

4.  Within 14 days of the appointment of a Lead Plaintiff, the parties will confer and submit a proposed schedule for the filing of an amended consolidated complaint and Defendants' response thereto.

5.  The parties' stipulation and this order are without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE