## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROYAL CARIBBEAN CRUISES LTD., RICHARD FAIN, JASON LIBERTY, and MICHAEL BAYLEY,<br><br>  Defendants. | Case No. 1:20-cv-24111-KMW<br>(Consolidated with No. 1:20-cv-24407-KMW) |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), without prejudice, against Defendants Royal Caribbean Cruises Ltd. ("RCCL") and Individual Defendants Richard Fain, Jason Liberty, and Michael Bayley (together with RCCL, "Defendants").

On October 7, 2020, the City of Riviera Beach General Employees Retirement Systems filed a class action complaint alleging violations of federal securities laws entitled *City of Rivera Beach General Employees Retirement System v. Royal Caribbean Cruises Ltd., Richard Fain, Jason Liberty, and Michael Bayley*, No. 1:20-cv-24111-KWM, ECF No. 1.

On December 23, 2020, the Court appointed Indiana Public Retirement System as Lead Plaintiff and approved its selection of Lead Counsel and Local Counsel. ECF No. 33.

Based on additional information recently discovered during Lead Counsel's investigation, Lead Plaintiff hereby voluntarily dismisses all claims in the Action without prejudice.

No Defendant has filed an answer or moved for summary judgement with respect to the operative class action complaint, and the Action has not been certified as a class action. Accordingly, Lead Plaintiff properly may dismiss all claims in the Action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The parties have agreed that each side will bear its own costs and fees.

Dated: February 25, 2021									Respectfully submitted,


											By:  /s/ Maya Saxena
											Maya Saxena (FL Bar No. 95494)
											Email: msaxena@saxenawhite.com
											Joseph E. White, III (FL Bar No. 621064)
											Email: jwhite@saxenawhite.com
											Lester Hooker (FL Bar No. 32242)
											Email: lhooker@saxenawhite.com
											**SAXENA WHITE P.A.**
											7777 Glades Road Suite 300
											Boca Raton, FL 33434
											Telephone: (561) 394-3399
											Facsimile: (561) 394-3382

											*Liaison Counsel to the Putative Class*


											By:   /s/ Michael P. Canty
											Michael P. Canty (admitted *pro hac vice*)
											Email: mcanty@labaton.com
											Thomas G. Hoffman, Jr. (admitted *pro hac vice*)
											Email: thoffman@labaton.com
											Eric J. Belfi
											Email: ebelfi@labaton.com
											**LABATON SUCHAROW LLP**
											140 Broadway
											New York, NY 10005
											Telephone: (212) 907-0700
											Facsimile: (212) 818-0477

											*Attorneys for Lead Plaintiff Indiana Public Retirement System and the Putative Class*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2021, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

*/s/ Maya Saxena*
MAYA SAXENA